IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANICE FISHBAUGH : Case No. 3:12-cv-004

: Judge Walter Herbert Rice

Plaintiff(s),

:

vs

:

AMERICAN MEDICAL SYSTEMS, INC., :

Defendant(s)

---

**ORDER**

---

The within case is found to be suitable for administrative processing.

February 27, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case stayed indefinitely pending transfer to MDL Panel "